07-5707-pr
United States v. Key

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of April, two thousand and ten.

PRESENT:

> ROGER J. MINER,
> JOSÉ A. CABRANES,
> RICHARD C. WESLEY,
>    *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

>    *Appellee,*

>    v.                                                            No. 07-5707-pr

ROGER KEY,

>    *Defendant-Appellant.*[*]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR APPELLANT:**               Roger Key, *pro se*, Ray Brook, New York.

---

[*] The Clerk of Court is directed to amend the official caption in this case to conform to the listing of the parties above.

1

**FOR APPELLEE:**           Nicholas J. Lewin and Michael A. Levy; Assistant United States Attorneys, and Lev L. Dassin, Acting United States Attorney, Office of the United States Attorney for the Southern District of New York, New York, New York.

Appeal from a December 4, 2007 order of the United States District Court for the Southern District of New York (Denise Cote, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this appeal is **DISMISSED** as moot.

Defendant-appellant Roger Key, *pro se*, appeals from an order of the District Court denying his request to modify his sentence to reflect the time he spent in federal custody from (a) the date he was transferred from state to federal custody to (b) the date he was sentenced on federal charges. We assume the parties' familiarity with the underlying facts and procedural history of this case.

While this appeal was pending, defendant was released from prison. He is currently serving a statutory minimum five-year term of supervised release. *See* 21 U.S.C. § 841(b)(1)(A).

An appellate challenge to a criminal sentence is "rendered moot" when the defendant has been "release[d] from prison" and when there is either "no possibility" or only a "'remote and speculative'" possibility that "the district court could [or would] impose a reduced term of supervised release were we to remand for resentencing." *United States v. Williams*, 475 F.3d 468, 479 (2d Cir. 2007) (quoting *United States v. Blackburn*, 461 F.3d 259, 262 (2d Cir. 2006)). Here, as we discuss in a separately filed opinion addressing a different aspect of this case, *see United States v. Key*, No. 08-3218-cr (2d Cir. April 28, 2009), even if it would be possible, on remand, for the District Court to terminate defendant's supervised release under 18 U.S.C. § 3583(e)(1), that possibility is too "remote and speculative" to "satisf[y] the case-or-controversy requirement of Article III, Section 2 of the Constitution." *Williams*, 475 F.3d at 478-79 (quotation marks omitted); *accord Blackburn*, 461 F.3d at 262. This appeal is therefore moot.

## CONCLUSION

For the foregoing reasons, this appeal is **DISMISSED** as moot.

FOR THE COURT,

Catherine O'Hagan Wolfe, Clerk of Court